1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

FILED

AUG 0 5 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-05-70638-PVT |
|---|---|
| Plaintiff, | ) |
| v. | ) [PROPOSED] ORDER APPOINTING |
| MARIA DE JESUS FERNANDEZ | ) THE FEDERAL PUBLIC DEFENDER |
| Defendant. | ) |

Based on the information in the Financial Affidavit submitted and signed by Ms. Fernandez on July 26, 2005, in case number CR-05-70605-HRL, it is hereby ordered that the Federal Public Defender's Office is appointed to represent Ms. Fernandez in the above-captioned case.

Dated: August 5, 2005

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

1  Distribute to:

2

3  Ms. Angela M. Hansen
   Assistant Federal Public Defender
   160 West Santa Clara Street, Suite 575
4  San Jose, CA 95113
   Counsel for Defendant

5
   Ms. Jane Shoemaker
6  Assistant United States Attorney
   150 Almaden Blvd., Suite 900
7  San Jose, CA 95113
   Counsel for the United States

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26