KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (CSBN 0722)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

E-Filing

FILED
AUG 23 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
SAN JOSE CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIA DE JESUS FERNANDEZ,<br><br>Defendant. | No. 05-70638 PVT<br><br>STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME<br><br>SAN JOSE VENUE |

On August 18, 2005, the parties in this case appeared before the Court for an arraignment. At that appearance, Assistant United States Attorney Susan Knight explained to the Court that the government has offered the defendant a "fast-track" resolution of her illegal reentry case, and that the parties are waiting for the petition relating to the defendant's supervised release violation to be transferred from the Eastern District of California to the Northern District of California. Once the supervised petition is transferred, the parties will file a Notice of Related Cases and proceed in District Court. Therefore, the parties requested that the arraignment on both cases be continued to September 8, 2005 at 9:30 a.m. before the Honorable Judge Seeborg. In addition,

| | |
|---|---|
| 1 | the defendant, through her counsel, agreed to an exclusion of time under Rule 5 of the Federal |
| 2 | Rules of Criminal Procedure and the Speedy Trial Act from August 18, 2005 to September 8, |
| 3 | 2005. The parties agree and stipulate that an exclusion of time is appropriate based on the |
| 4 | defendant's need for effective preparation of counsel. |

SO STIPULATED:        KEVIN V. RYAN
                      United States Attorney

DATED:_____       _____/s/_____
                      SUSAN KNIGHT
                      Assistant United States Attorney

DATED:_____       _____/s/_____
                      ANGELA HANSEN
                      Assistant Federal Public Defender

Accordingly, the Court HEREBY ORDERS that the preliminary hearing or arraignment is continued to September 8, 2005 at 9:30 a.m. before the Honorable Judge Seeborg. Good cause is shown and the continuance is proper under Rule 5 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3060.

For good cause shown, the Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from August 18, 2005 to September 8, 2005. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 8/23/05 pvt        _____
                          PATRICIA V. TRUMBULL
                          United States Magistrate Judge

1  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
2  "conformed" signature (/S/) within this efiled document.

3
4  DATED:_____                    _____/s/_____
                                         SUSAN KNIGHT
5                                        Assistant United States Attorney