1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (CSBN 0722)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
       150 Almaden Blvd., Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5056
7      FAX: (408) 535-5066
       Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9
                   UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN JOSE DIVISION
12

13 | UNITED STATES OF AMERICA,              )   No. 05-70638 PVT
                                            )
14 |        Plaintiff,                      )
                                            )   STIPULATION AND [PROPOSED]
15 |   v.                                   )   ORDER EXCLUDING TIME
                                            )
16 |                                        )
   | MARIA DE JESUS FERNANDEZ,              )
17 |                                        )   SAN JOSE VENUE
   |        Defendant.                      )
18 |                                        )
   |_____)
19

20

21     On September 8, 2005, the parties in this case appeared before the Court for an arraignment.

22 At that appearance, Assistant United States Attorney Susan Knight explained to the Court that

23 the government has offered the defendant a "fast-track" resolution of her illegal reentry case, and

24 that the parties are waiting for the petition relating to the defendant's supervised release violation

25 to be transferred from the Eastern District of California to the Northern District of California.

26 Once the supervised petition is transferred, the parties will file a Notice of Related Cases and

27 proceed in District Court. Therefore, the parties requested that the arraignment on both cases be

28 continued to September 29, 2005 at 9:30 a.m. In addition, the defendant, through her counsel,

1  agreed to an exclusion of time under Rule 5 of the Federal Rules of Criminal Procedure and the
2  Speedy Trial Act from September 8, 2005 to September 29, 2005. The parties agree and stipulate
3  that an exclusion of time is appropriate based on the defendant's need for effective preparation of
4  counsel.

5  SO STIPULATED:                          KEVIN V. RYAN
                                           United States Attorney
6

7  DATED:_____                       _____/s/_____
                                           SUSAN KNIGHT
8                                          Assistant United States Attorney

9
   DATED:_____                       _____/s/_____
10                                         ANGELA HANSEN
                                           Assistant Federal Public Defender
11

12    Accordingly, the Court HEREBY ORDERS that the preliminary hearing or arraignment is
13 continued to September 29, 2005 at 9:30 a.m. before the Honorable Judge Lloyd. Good cause
14 is shown and the continuance is proper under Rule 5 of the Federal Rules of Criminal Procedure
15 and 18 U.S.C. § 3060.
16    For good cause shown, the Court FURTHER ORDERS that time be excluded under the
17 Speedy Trial Act from September 8, 2005 to September 29, 2005. The Court finds, based on the
18 aforementioned reasons, that the ends of justice served by granting the requested continuance
19 outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant
20 the requested continuance would deny defense counsel reasonable time necessary for effective
21 preparation, taking into account the exercise of due diligence, and would result in a miscarriage
22 of justice. The Court therefore concludes that this exclusion of time should be made under 18
23 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
24 SO ORDERED.
25
26 DATED: 9/12/05                          _____
                                           RICHARD SEEBORG
27                                         United States Magistrate Judge
28

STIPULATION AND [PROPOSED] ORDER
NO. 05-70638 PVT                           2

1 | I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

DATED:_____          _____/s/_____
                                SUSAN KNIGHT
                                Assistant United States Attorney

## Other Documents
5:05-mj-70638-PVT USA v. Fernandez-Fernandez

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting "I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink..." on the ECF home page at

The following transaction was received from Knight, Susan on 9/12/2005 at 10:09 AM

**Case Name:** USA v. Fernandez-Fernandez
**Case Number:** 5:05-mj-70638
**Filer:** USA
**Document Number:** 9

**Docket Text:**
STIPULATION *and proposed order excluding time* by USA as to Maria De Jesus Fernandez-Fernandez (Knight, Susan) (Filed on 9/12/2005)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** N:\skreider\Fernandez_Rule_5_and_STA_exclusion1.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=9/12/2005] [FileNumber=2104696-0]

[66d391473db384c7df4ab705378fae69301ece994ce5fe4c86c47f8cb8e07fc40025e
5b17810c14751136dabd508f858025f2867bfcfeaf03d8d202b4bd802e0]]

**5:05-mj-70638-1 Notice will be electronically mailed to:**

Angela Milella Hansen    Angela_Hansen@fd.org

**5:05-mj-70638-1 Notice will NOT be electronically mailed to:**

Jane Shoemaker
US Attorney's Office
150 Almaden Blvd., Suite 900
San Jose, CA 95113